Stephen E. WILLIAMS, Petitioner,

v.

SOCIAL SECURITY
ADMINISTRATION,
Respondent.

No. 2009–3020.

United States Court of Appeals,
Federal Circuit.

May 19, 2009.

ON MOTION

*ORDER*

NEWMAN, Circuit Judge.

Stephen E. Williams moves for reconsideration of the court's April 9, 2009 order dismissing his petition for review for failure to file the joint appendix and moves for leave to file the joint appendix out of time. The Social Security Administration has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The April 9 dismissal order is vacated, the mandate is recalled, and the petition is reinstated.

GENERAL ELECTRIC COMPANY
and Subsidiaries, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2009–5069.

United States Court of Appeals,
Federal Circuit.

May 19, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).